**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Wilbert Charles, | ) |
| | ) |
| Petitioner, | ) |
| | ) Civil Action No. 25-CV-13177-AK |
| v. | ) |
| | ) |
| Antone Moniz, et al, | ) |
| | ) |
| Respondent (s). | ) |

**ORDER OF DISMISSAL**

**ANGEL KELLEY, D.J.**

In accordance with the Court's Order [Dkt. 26] entered on 6/29/2026, it is

hereby **ORDERED** that the above-entitled action be, and hereby is,

**DISMISSED**.

Dated: 6/29/2026                                          By the Court,

                                                                   /s/ Courtney Horvath
                                                                   Deputy Clerk